IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 126,479

In the Matter of LEON J. DAVIS Jr.,
*Petitioner.*

ORDER OF REINSTATEMENT

On March 1, 2024, the court suspended Leon J. Davis Jr.'s Kansas law license for two years. *In re Davis,* 318 Kan. 450, 456-57, 543 P.3d 1143 (2024). The court further directed:

> "The two-year suspension is stayed after six months, conditioned on successful participation and completion of a two-year probation period. Probation will be subject to the terms set out in the plan of probation referenced in the parties' Summary Submission Agreement. No reinstatement hearing is required upon successful completion of probation." 318 Kan. at 457.

The court now grants the parties' joint motion to stay the two-year suspension of Davis' law license, conditioned on his successful participation and completion of a two-year probation period as outlined above. The two-year probation term begins to run on the date of this order. Under Supreme Court Rule 227(h) (2024 Kan. S. Ct. R. at 282), Davis "remains on probation, subject to each condition of probation, until the Supreme Court discharges [him] from probation, regardless of whether the ordered term of probation has expired."

The court further orders Davis to pay all required reinstatement and registration fees to the Office of Judicial Administration (OJA) and to complete all continuing legal education (CLE) requirements. See Supreme Court Rule 812 (2024 Kan. S. Ct. R. at 603) (outlining CLE requirements following reinstatement after suspension). The court directs that once the OJA receives proof of Davis' completion of these conditions, the OJA must add Davis' name to the roster of attorneys actively engaged in the practice of law in Kansas.

1

Finally, the court orders the publication of this order in the official Kansas Reports and the assessment of all costs herein to Davis.

Dated this 15th day of October 2024.